UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALAN HAHN, | Case No. 01-74656 |
| | Case No. 03-73720 |
| Plaintiff, | |
| | DISTRICT JUDGE |
| v. | ARTHUR J. TARNOW |
| | |
| BILL MARTIN, *et al.*, | MAGISTRATE JUDGE |
| | DONALD A. SCHEER |
| Defendants. | |
| _____/ | |

## ORDER TO SHOW CAUSE WHY A GUARDIAN SHOULD NOT BE APPOINTED

On May 18, 2005, the Court ordered that Plaintiff be evaluated by a psychologist for the purpose of determining whether or not he is competent to proceed with this lawsuit without the appointment of a guardian to act on his behalf.

Pursuant to the Court's order, on May 23, 2005, Plaintiff was evaluated by Dr. Michael F. Abramsky. At the end of his evaluation, Dr. Abramsky left several test forms with Plaintiff for him to complete. To date, it appears Plaintiff has not returned these forms to Dr. Abramsky, thus precluding a more complete diagnosis. Therefore,

IT IS HEREBY ORDERED that Plaintiff shall complete the test forms provided by Dr. Abramsky by July 20.

IT IS FURTHER ORDERED that unless Plaintiff completes the test forms by the date established in this order, the Court will appoint a guardian to act on his behalf.

IT IS SO ORDERED.

s/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge

Dated:  June 23, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 23, 2005, by electronic and/or ordinary mail.

s/Theresa E. Taylor
Case Manager